KARL IZAKOVIC, Appellant, v. NICHOLAS ROCH, Respondent.— In view of the fact that there was no showing on the part of the landlord as to the nature of the change necessary to remove the violation, or as to the expense of making such change, the determination is unanimously affirmed, with costs and disbursements to the respondent. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

AUGUSTA G. MALLABAR, Appellant, v. BERTHA GOODKIND et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See post, p. 1036.]

ALEXANDER PFEIFFER, Appellant, v. NATHAN SCHULMAN et al., Respondents.— Determination unanimously affirmed, with costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

VIRGINIA D. KINCAID, Appellant, v. BERTHA M. MORRIS et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

LOUIS MOLNAR, Respondent, v. HELEN MOLNAR, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

TRANS WORLD AIRLINES, INC., Respondent, v. UNITED AIRCRAFT CORPORATION, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ. [See ante, p. 841.]

UNITED INDUSTRIAL SYNDICATE, INC., Respondent, v. WALTER W. WEISMANN et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ. [See ante, p. 877.]

RINA M. KRAVETZ, as Ancillary Executrix of MAX M. KRAVETZ, Deceased, Respondent, v. CHARLES CHAPLIN, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ. [See ante, p. 869.]

HOWARD HELLER, Respondent, v. E. D. SASSOON BANKING Co., LTD., Appellant. — Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ. [See ante, p. 869.]

FRIEDA STEINBERG et al., Respondents, v. JOHN ROSENBLUM, INC., Defendant, and RAYMOND CONCRETE PILE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See ante, p. 871.]